NARSINGLE v. STATE.

(Court of Criminal Appeals of Texas. May 1, 1912.)

CRIMINAL LAW (§ 1086*)—APPEAL—DISMISSAL—ABSENCE OF NOTICE OF APPEAL.

A criminal appeal will be dismissed, if the record does not contain a notice of appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2769, 2772, 2794; Dec. Dig. § 1086.*]

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

Richard Narsingle was convicted of a crime, and he appeals. Appeal dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. The record does not contain notice of appeal. Therefore the motion of the Assistant Attorney General to dismiss the appeal is sustained.